[No. 30726-3-III.  Division Three.  March 27, 2014.]

WELLS FARGO BANK, N.A., *as Trustee, Respondent*, v.
CHRISTOPHER L. SHORT ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 10-2-00623-2, Christopher E. Culp, J., entered January 27, 2012. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Brown, J., and Kulik, J. Pro Tem.

[No. 30824-3-III.  Division Three.  March 27, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. TORRY ANTON
MARQUART, *Appellant*.

Appeal from a judgment of the Superior Court for Benton County, No. 12-1-00197-2, Cameron Mitchell, J., entered April 23, 2012. *Affirmed* by unpublished opinion per Fearing, J.; Siddoway, J., concurring in the result only; Kormso, C.J., concurring separately.

[No. 31050-7-III.  Division Three.  March 27, 2014.]

THE STATE OF WASHINGTON, *Respondent*, v. BENITO GOMEZ,
*Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 11-1-00181-1, Donald W. Schacht, J., entered July 24, 2012. *Reversed* and *remanded* by unpublished opinion per Brown, J., concurred in by Siddoway, A.C.J., and Fearing, J.

[No. 31058-2-III.  Division Three.  March 27, 2014.]

PATRICIA COMER, *Respondent*, v. WAYNE COLISTRO ET AL.,
*Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 09-2-03400-6, Linda G. Tompkins, J., entered August 1, 2012. *Affirmed* by unpublished opinion per Fearing, J., concurred in by Korsmo, C.J., and Brown, J.